UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------------X
BYRON BREEZE, JR.,                                    CASE NO.:  1:21-cv-3368 (DLF)

       Plaintiff,

       v.

1714 C LLC 1714 C LLC,
d/b/a Rosemarino D'Italia

and

RACHID BENKIRANE INC,

       Defendants.
---------------------------------------------------------------X

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Byron Breeze, Jr., ("Plaintiff"), by and through undersigned counsel,  and in response to this Court's Order, hereby provides the Court with the following information to show cause as to why this action should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the FRCP and Rule 83.23 of the Local Rules:

1. The instant action seeks to remedy Defendants 1714 C LLC, d/b/a Rosemarino D'Italia. ("Rosemarino") and RACHID BENKIRANE INC ("Benkirane") (collectively, "Defendants") failure to maintain its premises in compliance with 42 U.S.C. § 12181 *et. seq.*, of the Americans with Disabilities Act (the "ADA"), the ADA Accessibility Guidelines 28 C.F.R. Part 36 ("ADAAG") and the District of Columbia Human Rights Act, D.C. Code §2-1401.0 *et seq.* (the "DCHRA").

2. As set forth in the Complaint filed on December 27, 2021 *(D.E.* 1), Plaintiff Byron Breeze ("Plaintiff" and/or "Mr. Breeze") suffers from what constitutes a "qualified disability" under

1

the ADA in that Mr. Breeze was born without legs or complete hands, and uses a wheelchair for mobility. *D.E.* 1 at ¶ 5.

3. Rosemarino is the lessee and/or operator of the real property, and the owner of the facility, commonly referred to as Rosemarino D'Italia, which is located at 1714 Connecticut Avenue NW, Washington DC 20009 (the "Restaurant"). Benkirane is the lessor of the Restaurant, and also maintains and controls the subject real property.

4. The Complaint sets forth various allegations concerning Mr. Breeze's multiple visits to the Subject Premises and the architectural barriers that exist and prevent him from accessing this business. *D.E.* 1 at ¶¶ 9 and 22.

5. As established by the Affidavit of Service filed on January 11, 2022 *(D.E. 4)*, service of the Summons, Complaint and Standing Order for Civil Cases was properly effectuated upon Rosemarino upon its registered agent Rosemari Espinoza on January 5, 2022.

6. Plaintiff had more difficulty in serving the Summons, Complaint and Standing Order for Civil Cases upon Defendant Benkirane, as Plaintiff's process server was unable to confirm that Benkirane was a registered entity in the District of Columbia. Nonetheless, since Benkirane was doing business in the District of Columbia, as a lessor of the Restaurant and the fee simple owner of the Restaurant located at 1714 Connecticut Avenue NW, Washington DC 20009, service was accomplished through the DC Department of Consumer and Regulatory Affairs on January 14, 2022. As established by the Affidavit of Service filed on January 18, 2022 (*D.E.* 5), service was also properly effectuated upon Benkirane.

7. As established by the Certificate of Service filed on February 11, 2022 *(D.E. 6)*, and in a good faith effort to compel Defendants to appear in this action, Plaintiff served a second copy of the Summons and Complaint, as a courtesy, upon the Defendants.

8. On March 9, 2022, Plaintiff filed his Request for a Clerk's Entry of Default upon the Defendants (*D.E.* 7 and 7.1).

9. On March 11, 2022, the Clerk entered a default against the Defendants pursuant to Fed.R.Civ.P. 55(a) (*D.E.* 8 and 9).

10. On March 11, 2022, Plaintiff served Defendants with the Clerk's Entry of Default by overnight mail (*D.E.* 10).

11. On March 18, 2022, Plaintiff's process server also served the Defendants at the Restaurant with a copy of the Clerk's Entry of Default *(D.E.* 11 and 12).

12. On March 29, 2022, Plaintiff filed his motion for a default judgment, which is pending before this Honorable Court (*D.E.* 13)

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court find that Plaintiff has shown cause as to why this action should not be dismissed for failure to prosecute this action.

DATED this 29th Day of March, 2022

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.
*Attorneys for Plaintiff*
500 Old Country Road, Ste. 302
Garden City, NY 11530
Tel:   (516) 279-1554
Fax:   (516) 213-0339
By: */s/ Erik M. Bashian, Esq.*
ERIK M. BASHIAN, ESQ.
D.C. Bar No. 1657407
eb@bashpaplaw.com